730 April 22, 2026 No. 329

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of the Marriage of

Lee-Ann BERLAND,
*Petitioner-Respondent,*
*and*

Michael Paul BERLAND,
*Respondent-Appellant.*

Deschutes County Circuit Court
21DR17604; A183988

Alicia N. Sykora, Judge.

Argued and submitted March 11, 2026.

Ruth A. Casby argued the cause for appellant. Also on the brief were Janet M. Schroer and Hart Wagner LLP. On the opening brief was Helen C. Tompkins.

Andrew W. Newsom argued the cause for respondent. Also on the brief was Holtey Brown Newsom, LLC.

Before Ortega, Presiding Judge, Joyce, Judge, and Hellman, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Husband appeals a judgment entered after a dissolution trial that ordered property division, an equalization award to wife, child support to husband, and spousal support to wife. On appeal, husband raises numerous assignments of error which challenge the trial court's determinations on the property division, equalization award, and spousal support.

To find in husband's favor, we would have to disavow the proceedings below because husband's appellate presentation is based on a factual narrative that runs counter to the record and to the trial court's expressed and implied findings. Husband did not request *de novo* review, and we are unpersuaded by counsel's assertion at oral argument that any of the trial court's findings are contradicted by the record. Indeed, having reviewed the record in light of the correct standards of review, we find the trial court's findings, legal reasoning, and ultimate decisions to be well-supported. We thus conclude that husband has not identified any reversible error on appeal.

Affirmed.